STELLA WECHSLER and IRVING TRUST COMPANY, as Executors, etc., of SIGMUND WECHSLER, Deceased, v. ABRAHAM M. BOWMAN and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with

ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.